# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STANLEY GUIDROZ

NO. 2024 KW 0343

**JULY 1, 2024**

---

In Re:    Stanley Guidroz, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 601236.

---

**BEFORE:    THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.** The district court's ruling denying relator's motion to compel as duplicative is vacated, and the matter is remanded for the district court to consider the merits of the motion.

**AHP**
**WIL**

**Theriot J.,** dissents and would deny the writ application. The district court did not err in denying relator's motion to compel. Relator is not entitled to a free copy of his guilty plea transcript because the time limitation to seek postconviction relief has expired. See La. Code Crim. P. art. 930.8(A). Furthermore, there is no indication that relator made a showing of a particularized need by filing an application for postconviction relief which would fall under the exceptions to La. Code Crim. P. art. 930.8(A). See **State ex rel. Fleury v. State,** 93-2898 (La. 10/13/95), 661 So.2d 488.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT